ACCEPTED
03-14-00678-CR
3589805
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/24/2014 1:12:19 PM
JEFFREY D. KYLE
CLERK

IN THE THIRD COURT OF APPEALS

FOR THE STATE OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/29/2014 12:00:00 AM
JEFFREY D. KYLE
Clerk

EX PARTE

NO. 03-14-00678-CR

LESLIE PARKER JONES

## MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Keith S. Hampton, and files this his *Motion for Substitution of Counsel* and in support thereof, would show the Court the following:

**I.**

Appellant, Leslie Parker Jones, is currently represented by Jodi Callaway Coke on appeal. On December 15, 2014, Keith S. Hampton was retained to represent Appellant on appeal in this cause. Counsel's contact information is contained below.

**II.**

Rule 6 of the Texas Rules of Appellate Procedure governs the withdrawal and substitution of appellate counsel and permits counsel to substitute for another. *See* TEX.R.APP.PRO., Rule 6(d). Ms. Cole has agreed to the substitution, and is filing her *Motion for Leave to Withdraw as Appellate Counsel*.

**III.**

The clerk's record was filed in this Court on October 29, 2014.

Respectfully submitted,

/s/ Keith S. Hampton

Keith S. Hampton
1103 Nueces Street
Austin, Texas 78701
(512) 476-8484 (office)
(512) 762-6170 (cell)
(512) 476-3580 (fax)
KeithSHamptonlaw.com
*keithshampton@gmail.com*
SBN # 08873230

## CERTIFICATE OF SERVICE

By affixing my signature above, I, KEITH S. HAMPTON, hereby certify that a true copy of *Appellant's Motion for Substitution of Counsel* has been mailed or emailed to the following interested persons on this day, December 24, 2014:

Leslie Parker Jones
10600 Wagon Road West
Austin, Texas 78736

Rosemary Lehmberg
Travis County District Attorney
P.O. Box 1748
Austin, Texas 76767

Jodi Callaway Cole
Attorney at Law
504 West 30th Street
Austin, Texas 78705